UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.,

       Plaintiff,

 -vs-                                     Case No. 19-10275
                                               Hon. Gershwin A. Drain

BROOKSIDE DRUGS, LLC,  *et al.*

       Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

    The Plaintiff dismisses all claims in this lawsuit with prejudice and without costs, or attorneys fees and requests that the Court retain jurisdiction to enforce the parties' settlement agreement for 45 days.

                                              Respectfully Submitted,

                                              ADAM G. TAUB & ASSOCIATES
                                              CONSUMER LAW GROUP, PLC

                       By:    s/ Adam G. Taub_____
                                              Adam G. Taub (P48703)
                                              Attorney for Business Health Solutions, P.C.
                                              17200 West 10 Mile Rd, Ste 200
                                              Southfield, MI 48075
                                              (248) 746-3790
                                              adamgtaub@clgplc.net

Dated: August 27, 2019

UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.,

        Plaintiff,

-vs-                                      Case No. 19-10275
                                            Hon. Gershwin A. Drain

BROOKSIDE DRUGS, LLC, *et al.*

        Defendants.

## **ORDER DISMISSING ALL DEFENDANTS WITH PREJUDICE**

Based on the notice of voluntary dismissal this lawsuit is hereby dismissed with prejudice and without costs, or attorneys fees. The Court will retain jurisdiction for 45 days to enforce any settlement terms.

**SO ORDERED**.

                                        s/Gershwin A. Drain
                                        Hon. Gershwin A. Drain

Entered at Detroit, Michigan, on August 29, 2019.